LEON PIERCE, Respondent, *v.* TREIVALE PIERCE et al.,
Appellants.

Argued January 18, 1939; decided February 21, 1939.

*Enos S. Booth* and *Harris Jay Griston* for appellants.
*Sidney S. Bobbé* and *Harold S. Budner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.